IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| | : | |
| JUNE GARRETT | : | BANKRUPTCY NO.: 5-17-bk-02330-JJT |
|     DEBTOR | : | |
| | : | |
| JUNE GARRETT | : | |
|     PLAINTIFF | : | |
| | : | |
| vs. | : | |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| TODD MARTIN, SHERIFF | : | |
|     DEFENDANTS | : | **ADVERSARY NO.: 5-17-ap-00163-JJT** |

# ORDER

On September 11, 2017, the Plaintiff/Debtor filed a Complaint to Avoid Transfer of Real Property for Less than Reasonably Equivalent Value, for Fraudulent Conveyance, and Void as a Matter of Law, in the above-captioned adversary proceeding. The Defendants responded with Motions to Dismiss. Thereafter on November 2, 2017, the Plaintiff/Debtor filed a Motion for Leave to File a First Amended Complaint to Avoid Transfer of Real Property for Less than Reasonably Equivalent Value, for Fraudulent Conveyance, and Void as a Matter of Law, which was subsequently approved on November 13, 2017. Once again, the Defendants filed Motions to Dismiss the First Amended Complaint, together with Briefs in support, on November 27, 2017, which the Plaintiff/Debtor responded to on December 29, 2017.

During the pendency of this adversary proceeding, the Plaintiff/Debtor converted her Chapter 13 bankruptcy case to Chapter 7 on November 21, 2017. John J Martin, Esquire, was appointed to serve as Chapter 7 Trustee on November 24, 2017, and thereby succeeding as Plaintiff in the above adversary proceeding.

**IT IS HEREBY ORDERED**, that the Chapter 7 Trustee is directed to file a response to the pending Motions to Dismiss within fourteen (14) days of the date of this Order. Otherwise, failure to file a response will deem the Motions unopposed pursuant to Local Bankruptcy Rule 7007-1(c).

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: February 2, 2018